1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7                                    DISTRICT OF NEVADA

8                                          * * * * *

9    JAMES K. WARDELL,                      )
                                            )
10                       Plaintiff,         )          3:06-cv-00668-LRH (RAM)
                                            )
11   v.                                     )
                                            )          ORDER
12   PAUL R. COCHRAN and JIM BENEDETTI,     )
                                            )
13                       Defendants.        )
                                            )
     _____      )
14

15          The Court has considered the Report and Recommendation of U.S. Magistrate Judge Robert

16   A. McQuaid, Jr. (#22) entered on February 10, 2009, in which the Magistrate Judge recommends that

17   the Defendants' Motion to Dismiss (#10) be granted.   No objection was filed.   The Court has

18   considered the pleadings and memoranda of the parties and other relevant matters of record and has

19   made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and

20   applicable case law, and good cause appearing, the court hereby

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

1    ADOPTS AND ACCEPTS the Report and Recommendation of the United States

2 Magistrate Judge (#22); therefore, Defendants' Motion to Dismiss (#10) is GRANTED without

3 prejudice.

4    IT IS FURTHER ORDERED that Defendants' Motion to Strike (#16) is GRANTED and

5 Defendants' Motion for Enlargement of Time (#17) is DENIED AS MOOT.

6    The Clerk shall enter judgment accordingly.

7    IT IS SO ORDERED.

8    DATED this 9th day of March, 2009.

9

10

11    _____

       LARRY R. HICKS
12     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26
2