AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

JAMES K. WARDELL,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:06-cv-00668-LRH-RAM**

PAUL R. COCHRAN and
JIM BENEDETTI,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Court hereby ADOPTS AND ACCEPTS the #22 Report and Recommendation of the United States Magistrate Judge; therefore, Defendants' #10 Motion to Dismiss is GRANTED without prejudice. IT IS FURTHER ORDERED that Defendants' #16 Motion to Strike is GRANTED and Defendants' #17 Motion for Enlargement of Time is DENIED AS MOOT.

  March 10, 2009                                  **LANCE S. WILSON**
                                                                     Clerk

                                                                       /s/ Kalani Lizares
                                                                         Deputy Clerk